IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. )   Criminal No. 12-259
)
WILLIAM M. SADOWSKI )

## ARRAIGNMENT PLEA

Defendant WILLIAM M. SADOWSKI being arraigned, pleads _____ in open Court this _____ day of OCTOBER, 2012.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)