## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__          Erie _____          Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:  1.   _____ Narcotics and Other Controlled Substances
           1a.  __X__  Narcotics and Other Controlled Substances
                       (3 or more Defendants)
           2.   _____ Fraud and Property Offenses
           2a.  _____ Fraud and Property Offenses
                       (3 or more Defendants)
           3.   _____ Crimes of Violence
           4.   _____ Sex Offenses
           5.   _____ Firearms and Explosives
           6.   _____ Immigration
           7.   _____ All Others

Defendant's name:                    WILLIAM M. SADOWSKI

Is Indictment waived:        __X__ yes       _____ no

Pretrial Diversion:          _____ yes      __X__ no

Juvenile proceeding:         _____ yes      __X__ no

Defendant is:                __X__ Male      _____ Female

Superseding Indictment or
Information:                 _____ yes      __X__ no

   Previous case number:     _____

If superseding, previous case was/will be:

       _____ Dismissed on defendant's motion
       _____ Dismissed on government's motion
       _____ After appellate action
       _____ Other (explain)

County in which first
offense cited occurred:      Alleghany

Previous proceedings before
Magistrate Judge:            Eddy, Swearingen

       Case No.:             12-47 (Mag. Judge Eddy); 12-48 (Mag. Judge
                             Eddy); 11-168, 11-169, 11-170 (Mag. Judge
                             Swearingen

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | _____ |
| Defendant: | _____ is in custody  _x_ is not in custody |
| Name of Institution: | _____ |
| Custody is on: | _____ this charge   _____ another charge |
| | _____ another conviction |
| | _____ State   _____ Federal |
| Detainer filed: | _____ yes   _____ no |
| Date detainer filed: | _____ |
| Total defendants: | _1_ |
| Total counts: | _1_ |
| Data below applies to defendant No.: | _1_ |
| Defendant's name: | WILLIAM M. SADOWSKI |

SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to Distribute Controlled Substances- Anabolic Steroids | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 10/17/2012

Respectfully Submitted,
ERIC H. HOLDER, JR.
Attorney General of the United States

STEVEN M. DETTELBACH
United States Attorney
Northern District of Ohio

By: /s/ Matthew B. Kall

Matthew B. Kall (3003738-NY)
Carol M. Skutnik (0059704-OH)
Special Assistant U.S. Attorneys
for the Western District of Pennsylvania
801 W. Superior Ave., Suite 400
Cleveland, Ohio 44113-1852
Telephone: (216) 622-3600
Facsimile: (216) 522-8355
Matthew.B.Kall@usdoj.gov
Carol.Skutnik@usdoj.gov