**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | )   **CRIMINAL NO. 12-259** |
| | ) |
| **WILLIAM SADOWSKI** | ) |
| | ) |
| | ) |
| | ) |

## ORDER OF COURT

AND NOW, to-wit, this ___5ᵗʰ___ day of March, 2013, the Defendant, William Sadowski, having filed a Motion to Change Reporting Date and to Amend J & C (Doc. _23_ ) and upon consideration of said Motion, it is hereby ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall self-surrender to the USMS on or before Friday March 8, 2013, at noon to begin serving the federal sentence imposed by this Court in the above-captioned case.  It is further ordered that the Judgment and Commitment Order shall be amended to reflect Defendant's new report date.

_Maurice B. Cohill, Jr._
United States District Judge